In the Matter of the Estate of NATHANIEL GILMAN, deceased.

(Argued January 18, 1887; decided February 1, 1887.)

*Raphael J. Moses, Jr.,* for appellant.

*Henry E. Knox* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

NICHOLAS RUCH, as Administrator, etc., Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued January 19, 1887; decided February 1, 1887.)

*Norris Morey* for appellant.

*James Fraser Gluck* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.